## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DONNA L. BLACKSHER**                                                                 **PLAINTIFF**

**V.**                               **CASE NO. 4:11CV00842 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                             **DEFENDANT**

### JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social

Security Administration, and against Plaintiff Donna L. Blacksher.

DATED this 4th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE